Milford District Court
No. 81-374

BIELAGUS & MARTINA

v.

JOSEPH C. DEVINE

April 2, 1982

*Bielagus & Martina*, of Amherst (*Richard H. Hubbard* on the brief and orally), for the plaintiff.

*Nix and Wendell*, of Manchester (*Grenville Clark, III*, on the brief and orally), for the defendant.

MEMORANDUM OPINION

The only issue presented on this appeal is whether, as found by the trial court, an accord and satisfaction in the amount of $1,000

was reached as final disposition of a dispute between a law firm and its client concerning the reasonableness of the firm's fees for services rendered. The sum of $1,000 tendered by the defendant after a conversation with one of the partners was neither capricious nor patently unreasonable and arbitrary. Because no meaningful review of the Court's (*Lynch*, A.J.) findings may be had without a transcript of the testimony, the order of the court below giving the plaintiff judgment for $1,000 is summarily affirmed. *See* Sup. Ct. Rs. 13(3), 15(3). The award of interest and costs to the plaintiff is vacated.

*Affirmed, except as to interest and costs.*